HARRY BRENNER, Appellant, *v.* SAMUEL STRASBOURGER et al., Doing Business as STRASBOURGER & SCHALLEK, Respondents.

Argued April 18, 1940; decided May 21, 1940.

*Samuel Rubin* and *A. Alfred Conrad* for appellant.

*Samuel Randel* and *Alfred Englander* for respondents.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that plaintiff made out a *prima facie* case in regard to the second cause of action. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., SEARS and LEWIS, JJ.